770 A.2d 326

Dorothy McKINNEY

v.

WORKERS' COMPENSATION APPEAL
BOARD (DECISION DATA).

Petition of Decision Data.

Supreme Court of Pennsylvania.

May 1, 2001.

*ORDER*

PER CURIAM.

**AND NOW,** this 1st day of May, 2001, the Petition for Allowance of Appeal is granted. The order of the Commonwealth Court is reversed based upon the decision in *Philadelphia Newspapers, Inc. v. Workmen's Compensation Appeal Board, (Andrew Guaracino)*, 544 Pa. 203, 675 A.2d 1213 (1996).

The Petition to Stay Pending Action on Petition of Decision Data for Allowance of Appeal is denied as moot.